# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 11-cv-00379-REB-BNB

ARI BLUM,

    Plaintiff,

v.

JEFFERSON J. KATIMS, and
NEUROTRON, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulations of Dismissal With Prejudice** [#27][1] filed July 14, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulations of Dismissal With Prejudice** [#27] filed July 14, 2011, are **APPROVED**;

2. That the Trial Preparation Conference set for February 10, 2012, is **VACATED**;

3. That the jury trial set to commence February 27, 2012, is **VACATED**;

4. That the claims of plaintiff against defendants are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

     5.  That the counterclaims of counterclaim-plaintiffs, Neurotron, Inc., and Jefferson J. Katims against counter-defendant Ari Blum, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated July 14, 2011, at Denver, Colorado.

                                                        **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge